# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

2013 SEP 24  PM 1:02

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>      vs.<br><br>DAVID DEAN LARGO (01),<br><br>                  Defendant. | CASE NO. 12CR1284-MMA<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

___ of the offense(s) as charged in the Indictment/Information:

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 9/23/2013

Michael M. Anello
U.S. District Judge